UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| ROGER PRINGLE, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | CAUSE NO. 3:15-CV-447 JM |
| v. | ) |  |
|  | ) |  |
| CORIZON HEALTH CARE, *et al.*, | ) |  |
|  | ) |  |
| Defendants. | ) |  |

## OPINION and ORDER

In the order (DE # 12) of November 19, 2015, this court explained that the amended complaint (DE # 8) filed by Roger Pringle, a *pro se* prisoner, alleging that Dr. Justin Marandet and Medical Director Ms. Cummings denied him medical treatment did not state a claim. He was granted until January 1, 2016, to file an amended complaint, but he has not done so. He was cautioned that if he did not respond by that deadline, that this case would be dismissed.

For these reasons, this case is **DISMISSED** pursuant to 28 U.S.C. § 1915A because the amended complaint (DE # 8) does not state a claim.

**SO ORDERED.**

Date: January 26, 2016

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT
